FILED

UNITED STATES DISTRICT COURT

JUN 14 2018

for the

Southern District of Illinois

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

_Shelly A Malley_
_150 E. Vienna St_
_Anna Ill_
_62906_ )
)
)
)
_____ )
Plaintiff )
v. )          Case Number: _18-CV-1277-SMY-DGW_
)                          (Clerk's Office will provide)
_DCFS Police,_ )
_DCFS the whole_ )
_cases & DCFS in the whole_ )
_Southern Ill_ )
_____ )
Defendant(s)

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.   JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

_all of you all workers State & Government_
_workers have made my child so low_
_self esteem also they hurt her everyday_

### II.   PARTIES _she's in Catholic foster care please get_
_her out of that dangerous environment Thanks_
**Plaintiff:** _Thanks and put her in me, we should be taking_

A.   Plaintiff, a citizen of _United_ (state), who resides at _care_
_150 E Vienna St, Anna_, alleges that his/her _of_
_Catholic_
civil rights were violated by the individual(s) named below.

**Defendant #1:** _all_

B.   Defendant _DCFS, the Police, Tish_ ____ is employed as
            (a)        (Name of First Defendant) _Jennifer_
_Jennifer (was a supervisor always harassing_
            (b)        (Position/Title)
_they all lie & me_
_send me to do_
_to the Ill. for_
_no reason_

(10/2010)

with _Jeanelle / Jecca Rebecca & Police
       (c)        (Employer's Name and Address)_

_Larry Nicolsen / Murphy bero & Cairo, Ill_

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: _Cause they have discriminate never my illness also they hurt my child & this everyone that shelter & Tye don't have any ____ their side_

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant _Rebeca     Mills & Ann terrie_ is employed as
                        (Name of Second Defendant)

_both DCFS Workers_
          (Position/Title)

with _DCFS office In Cairo / DCFS &_
          (Employer's Name and Address)
_police Tish herDad/ Victor _____ Emilee_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: _they always took my child out of my care home to make me go all thru them, + go tell the Judge all these lies they have slandel me & hurt my child physically _____

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.     Defendant _Lisa, Amy, Connie_ is employed as
                    *(Name of Third Defendant)*

_All three are case manage supervisors_
                  *(Position/Title)*

with _Kathy ___ office in metropolis, Il_
                  *(Employer's Name and Address)*

_Larry Nickerson case care manager Jordan ___ at the memphro office_

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If you answer is YES, briefly explain: _they all have done nothing to help us & kept stealing my kids & just tell me child all kinds of scary horrible lies._

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.     Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. _The Judge & DCFS_

_Constantly has harass us stalk us & refuse to work e me & my childs Jeanette constantly yelled & screamed at me & my child & Larry Nickerson he constantly cried & lies every time in the stand my lawyer Jeff he no better he constantly ___ & driving my child self __ esteem down they call & tell my child that she is crazy_

## III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in this federal court?
     ☐ Yes  ☑ No    *But I'm still waiting to here back from someone*

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1.   Parties to previous lawsuits:

     Plaintiff(s): *Shelly A Mallery*

     Defendant(s): *DCFS slander, discrimination, harassement, pretty took all of our rights away last 3 babies due to so many stres, miss carriages*

2.   Case number:

3.   Name of Judge to whom case was assigned: *Judge Murphy, Mr. Judge Shutlzd Mr. Cindy*

4.   Disposition of case (for example: Was the case dismissed?  Was it appealed? Is it still pending?): *Yes the case is still trying to appealed it but my lawyer o Judge stated that its too late Besides there its no one want to hear my case I'm wasting my time cause no Judge or any one well want to hear you they believe us and what we say & do doesn't matter to the state cause they listen to us. We tell them what to do, they do whatever we say. I told them all is that So will see done to...*

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

at the DCFS office Jeannelene Lisa and Jenny Nicolson & Rebecca. they all & Jessica all get together wonder how they are going to start to harrass me & my child, I have went to college they tell me to stop going to college or they are going to call the police & remove my child out of our home. Then I had an job they told me to quit the job or they are going to remove the child out of my care so I did with If them now I have an college loan bills. Please, Please y'nall help me & my child to serve whet I ask for I had 2 light strokes & 3 light heart attacks my health is not to good due to all the yrs. to from the DCFS & the police & lawyers & Judge Please, Please make all of this horrable nightmare & day mare go away. Thanks for all you all todo,

(10/2010)

**V.   REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ *5 million dollars*

Punitive damages in the amount of $ *4 million dollars*

An ordering requiring defendant(s) to: *pay may child and*

*> 9 million dollars*

A declaration that:

Other: *dued to all the pain & standering & making me child Mentally ill. She's have PT DS & an aniety/d depression I have*

**VI.   JURY DEMAND** (*check one box below*) *R.TDSO anxiety lots of medical problem*

Plaintiff ☑ does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: *6-13-18*
(date)

*150. E. Vienna*
Street Address

*Anna Ill. 62906*
City, State, Zip

*Shelly A Maller*
Signature of Plaintiff

*Shelly Maller*
Printed Name

(10/2010)

*P.S. Please, Please*

*youll put my child an*
*on hern ASP she*
*in danger*

8.     After the complaint is filed, the original of any motion, pleading, or other paper submitted for consideration by the court should be filed with the clerk's office. You must also mail a copy of that document to all other parties, or if they have counsel, to their attorneys. When you file your paper with the clerk's office, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this _Shelly A Malley_ was mailed/delivered
(Name of Document)

to _Hotel Plaza 150. E Vuu_ on _6-13-18_.
(Name and Address of Party/Attorney)                        (Date)

_Shelly A Malley_
Signature

_Shelly A Malley_
Printed Name

---

9.     Do not write letters to judges or magistrate judges regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk's office.

10.    You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

11.    You are under a continuing obligation to keep the clerk's office and each opposing party informed of any change in your address.   This shall be done in writing and not later than 7 days after a change in address occurs. **Failure to do so may result in dismissal of your case.**

12. Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until **after** you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

13. When your complaint is complete, mail the original (and an extra copy if you want a file-stamped copy returned to you), along with the **$400.00** filing fee or a motion to proceed *in forma pauperis*, to either:

| | |
|---|---|
| **Clerk of the Court** | **Clerk of the Court** |
| **United States District Court** | **United States District Court** |
| **Southern District of Illinois** | **Southern District of Illinois** |
| **301 West Main Street** | **750 Missouri Avenue** |
| **Benton, IL 62812** | **East St. Louis, IL 62201** |

P.S. Me + My Child thank you alls for even trying to take our case. Also we hope + pray that yen alls are going to look at the Camra of the stores police + the Courts JD CPS etc. We really, really honestly hope + pray that yenalls helps us not to be disappointed + tell us that yenalls denied our case; yenalls are our only hope God Bless, yenalls Thanks

Page 3 of 3

JS 44   (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 3   Federal Question
    *(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☒ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☒ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☒ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881<br>☒ 690 Other | ☒ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☒ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☒ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☒ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

*They will refuse to do things all have they do* [handwritten]

Brief description of cause:

*They mess up my land probably Turner attorney or in a Court* [handwritten]

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____      SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

Shelly A. Mallery
150 E. Vianney Room 18
Annapolis, Il 62906

MAIL CLEARED
US MARSHALS

C/o Clerk of the Court
United States District Court
Southern District of Illinois
750 Missouri avenue
East St Louis

62201 2954 C002

62201

RECEIVED

JUN 14 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE